PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA   94025
Telephone:   (650) 752-1700
Facsimile:    (650) 752-1800

VITO DEBARI (*pro hac vice*)
vdebari@kramerlevin.com
JONATHAN CAPLAN (*pro hac vice*)
jcaplan@kramerlevin.com
AARON FRANKEL (*pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY   10036
Telephone:   (212) 715-9100
Facsimile:    (212) 715-8000

*Attorneys for Plaintiff*
TOYODA GOSEI CO., LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TOYODA GOSEI CO., LTD., | Case No.: 4:12-cv-00823-YGR |
| Plaintiff, | [~~PROPOSED~~] **SCHEDULING ORDER** |
| v. | |
| FORMOSA EPITAXY INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

Pursuant to the Stipulation re: Modification to Case Schedule submitted by Plaintiff Toyoda Gosei Co, Ltd. ("Toyoda Gosei") and Defendant Formosa Epitaxy Inc. ("Forepi") (collectively, the "Parties"),

**IT IS HEREBY ORDERED THAT** the following schedule applies to the above-captioned action:

| Deadline | Date |
| --- | --- |
| Disclosure of Asserted Claims and Infringement Contentions and Associated Document Production | 11/5/12 |
| Disclosure of Invalidity Contentions and Associated Document Production | 12/19/12 |
| Exchange of Proposed Terms for Construction | 1/7/13 |
| Exchange Preliminary Claim Constructions and Extrinsic Evidence | 2/1/13 |
| Initial Good Faith Document Production Pursuant to Written Requests Served Prior to 10/10/12 | 2/4/13 |
| Joint Claim Construction and Prehearing Statement[1] | 2/20/13 |
| Completion of Claim Construction Discovery | 3/15/13 |
| Last Date to Amend Pleadings Without Leave of Court | 3/28/13 |
| Toyoda Gosei Files Opening Claim Construction Brief | 4/5/13 |
| Forepi Files Responsive Claim Construction Brief | 4/19/13 |
| Toyoda Gosei Files Reply Claim Construction Brief | 4/26/13 |
| Technology Tutorial | 5/10/13 |
| Claim Construction Hearing | 5/15/13 |

---

[1] The initial joint claim construction statement required by Patent Local Rule 4-3 shall be truly joint. Disputed terms, phrases, and clauses shall be designated as disputed.   All other terms shall be presumed undisputed.   For any term in dispute, the parties must agree on the identity of the term.   For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case.   With regard to disputed terms, phrases, or clauses, the joint statement shall list each disputed term, phrase, or clause (listed by claim); each party's proposed construction; support for each party's proposed construction side by side; and each party's impact statement for each term to be construed.   A model construction statement is attached to the Court's Standing Order in Patent Cases, available at http://cand.uscourts.gov/filelibrary/868/Standing%20Order%20re%20Patent%20Cases%20Revised%208.6.pdf.

1

[PROPOSED] SCHEDULING ORDER                                                Case No.: 4:12-cv-00823-YGR

| Deadline | Date |
| --- | --- |
| Exchange Initial Privilege Logs For Documents Produced Through 5/8/13 | 6/21/13 |
| Close of Fact Discovery | 8/9/13 |
| Exchange Updated Privilege Logs For Any Supplemental Document Production | 8/23/13 |
| Burden of Proof Expert Reports and Designation of Expert Witnesses | TBD |
| Responsive Expert Reports | TBD |
| Close of Expert Discovery | TBD |
| Opening Summary Judgment and *Daubert* Motions | TBD |
| Opposition Briefs | TBD |
| Reply Briefs | TBD |
| Hearing of Summary Judgment and *Daubert* Motions | TBD |
| Pre-Trial Conference | TBD |
| Trial | TBD |

**IT IS SO ORDERED.**

Dated: September 18, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**